# Court of Appeals
# of the State of Georgia

ATLANTA,   May 14, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1361.  SABRA D. HANIF et al. v. CHILDREN'S HEALTHCARE OF ATLANTA, INC.

This appeal was docketed in this Court on March 16, 2015. The appellant's brief, including enumeration of errors, was due to be filed no later than April 6, 2015. Court of Appeals Rules 22 (a) and 23 (a). To date, appellant has not filed a brief and enumeration of errors, and no extension of time for filing has been requested or granted. Accordingly, Case Number A15A1361 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*   05/14/2015
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*